## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT L. WRIGHT,**

   *Plaintiff,*

v.                                             **Case No.: 4:24cv296-MW/MAF**

**OFFICER S.J. MILBURN,**

   *Defendant.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall note that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and close the file.

**SO ORDERED on August 22, 2024.**

                              **s/Mark E. Walker**
                              **Chief United States District Judge**